UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH NUNEZ AND EDWARD NUNEZ, <br><br> Plaintiffs, <br> v. <br><br> F/V VENGEANCE; BENEDICT A. FERRANTE; and DOES 1-100, inclusive, <br><br> Defendants. | Case No.: 11-CV-04842-LHK <br><br> ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR APPOINTMENT OF A SUBSTITUTE CUSTODIAN |

JOSEPH and EDWARD NUNEZ (Plaintiffs) filed an Ex Parte Application for Appointment of a Substitute Custodian in connection with the previously ordered Warrant for the Arrest of the F/V VENGEANCE, on October 7, 2011.  After consideration of the papers, the Court GRANT Plaintiffs' Ex Parte Application for Appointment of a Substitute Custodian in connection with the previously ordered Warrant for the Arrest of the F/V VENGEANCE, Official Number 570025, naming Nielsen Beaumont Marine, Inc. as substitute custodian.  Plaintiffs assume all expenses and charges related to the Substitute Custodian's duties to provide care, custody, and security for the F/V VENGEANCE.  *See* Application ¶ 4.

**IT IS SO ORDERED.**

Dated: October 14, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-04842-LHK
ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR APPOINTMENT OF A SUBSTITUTE CUSTODIAN