Lawrence E. Biegel (State Bar No. 044426)
Vicki Schermer-Kleinkopf (State Bar No. 116673)
Joseph Cisneros (State Bar No. 184907)
**THE BIEGEL LAW FIRM**
2801 Monterey-Salinas Highway, Suite A
Monterey, CA 93940

Telephone: (831) 373-3700
Facsimile: (831) 373-3780

Attorneys for Defendants
Benedict A. Nunez and F/V Vengeance

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH NUNEZ AND EDWARD NUNEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>F/V VENGEANCE, BENEDICT FERRANTE and Does 1-100, inclusive,<br><br>Defendants. | **Case No:** CV 11-04842 - LHK<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO ANSWER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiffs Joseph Nunez and Edward Nunez, by and through their attorney of record Daniel Cullem, and defendants F/V Vengeance and Benedict Ferrante by and through their attorneys of record, Lawrence E. Biegel, Vicki Schermer-Kleinkopf and Joseph A. Cisneros that:

**WHEREAS** the parties are very actively engaged in settlement discussions and have reached an agreement in principle, and

**WHEREAS** plaintiffs and defendants are both hopeful that a settlement agreement will be finalized shortly, and

Case5:11-cv-04842-LHK Document16 Filed01/17/12 Page2 of 3

**WHEREAS** the defendants have a responsive pleading due on January 17, 2012; and

**WHEREAS** defendants have not sought or obtained any previous extensions of time to respond and thus respectfully request that the Court grant an additional two week extension of time up to and including January 31, 2012, to allow the parties to either finalize the settlement documents and/or allow defendant to file an appropriate responsive pleading;

**IT IS HEREBY RESPECTFULLY REQUESTED** by the parties, through their respective counsel, that the Court grant the defendants a two week extension of time up to and including January 31, 2012 by which to file a responsive pleading so as to allow the parties to continue their settlement discussions and hopefully resolve this matter.

Dated: January 12, 2012

**THE BIEGEL LAW FIRM**

By: [signature]
Lawrence E. Biegel
Vicki Schermer-Kleinkopf
Joseph Cisneros
Attorneys for defendants

Dated: January 12, 2012

**DANIEL CULLEM, ATTORNEY AT LAW**

By: [signature]
Daniel Cullem
Attorneys for plaintiffs

2

STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO ANSWER
*Nunez v. F/V Vengeance et. al., U.S. District Court Northern District, CA, Case No. CV 11-04842*

Case5:11-cv-04842-LHK Document16 Filed01/17/12 Page3 of 3

**PROPOSED ORDER**

Based upon the stipulation of counsel and good cause appearing therefor,

**IT IS ORDERED** that the time for defendants to file a responsive pleading in this matter shall be extended two weeks and that defendants shall have up to and including January 31, 2012 within which to file such a pleading.

Dated: January 17, 2012

Lucy H. Koh
LUCY H. KOH
United States District Judge

3

STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO ANSWER
*Nunez v. F/V Vengeance et. al., U.S. District Court Northern District, CA, Case No. CV 11-04842*