1  Lawrence E. Biegel (State Bar No. 044426)
   Vicki Schermer-Kleinkopf (State Bar No. 116673)
2  Joseph Cisneros (State Bar No. 184907)
   **THE BIEGEL LAW FIRM**
3  2801 Monterey-Salinas Highway, Suite A
   Monterey, CA 93940
4
   Telephone:   (831) 373-3700
5  Facsimile:   (831) 373-3780
6  Attorneys for Defendants
   Benedict A. Nunez and F/V Vengeance
7
8
9
10              **UNITED STATES DISTRICT COURT**
11            **NORTHERN DISTRICT OF CALIFORNIA**
12
13 JOSEPH NUNEZ AND EDWARD          )   **Case No:** CV 11-04842 - LHK
14 NUNEZ,                          )
                                   )
15                                 )   **STIPULATION AND PROPOSED**
                   Plaintiffs,     )   **ORDER TO EXTEND TIME TO**
16 vs.                             )   **ANSWER**
                                   )
17                                 )
   F/V VENGEANCE, BENEDICT         )
18 FERRANTE and Does 1-100, inclusive, )
                                   )
19               Defendants.       )
                                   )
20
21     **IT IS HEREBY STIPULATED AND AGREED** by and between plaintiffs Joseph
22 Nunez and Edward Nunez, by and through their attorney of record Daniel Cullem, and
23 defendants F/V Vengeance and Benedict Ferrante by and through their attorneys of record,
24 Lawrence E. Biegel, Vicki Schermer-Kleinkopf and Joseph A. Cisneros that:
25     **WHEREAS** the parties are very actively engaged in settlement discussions and have
26 reached an agreement in principle, and
27     **WHEREAS** plaintiffs and defendants are both hopeful that a settlement agreement will
28 be finalized shortly, and

1

1    WHEREAS the defendants have a responsive pleading due on January 17, 2012; and

2    WHEREAS defendants have not sought or obtained any previous extensions of time to

3    respond and thus respectfully request that the Court grant an additional two week extension of

4    time up to and including January 31, 2012, to allow the parties to either finalize the settlement

5    documents and/or allow defendant to file an appropriate responsive pleading;

6    IT IS HEREBY RESPECTFULLY REQUESTED by the parties, through their

7    respective counsel, that the Court grant the defendants a two week extension of time up to and

8    including January 31, 2012 by which to file a responsive pleading so as to allow the parties to

9    continue their settlement discussions and hopefully resolve this matter.

10

11   Dated: January 12, 2012                    THE BIEGEL LAW FIRM

12

13                                              By: _Lawrence E. Biegel_____

14                                                  Lawrence E. Biegel
                                                    Vicki Schermer-Kleinkopf
15                                                  Joseph Cisneros
                                                    Attorneys for defendants
16
     Dated: January 12, 2012                    DANIEL CULLEM, ATTORNEY AT LAW
17

18                                              By: _____

19                                                  Daniel Cullem
                                                    Attorneys for plaintiffs
20

21

22

23

24

25

26

27

28

                                              2

1

**PROPOSED ORDER**

2    Based upon the stipulation of counsel and good cause appearing therefor,

3    **IT IS ORDERED** that the time for defendants to file a responsive pleading in this matter

4    shall be extended two weeks and that defendants shall have up to and including January 31, 2012

5    within which to file such a pleading.

6

7    Dated:_____January 17, 2012_____

8                                    *Lucy H. Koh*

9                                    LUCY H. KOH
                                     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO ANSWER**
*Nunez v. F/V Vengeance et. al., U.S. District Court Northern District, CA, Case No. CV 11-04842*