Daniel F. Cullem – State Bar No. 275731
ATTORNEY AT LAW
303 Water Street, Suite 10
Santa Cruz, California 95060
Telephone: (831) 818-9150
Facsimile: (831) 462-1417
dan@cullemlaw.com

Attorney for Plaintiffs,
Joseph Nunez and Eddie Nunez

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH NUNEZ and EDDIE NUNEZ, | Case No. 11-04842-LHK |
| Plaintiffs, | **IN ADMIRALTY** |
| vs. | ~~(Proposed)~~ |
| F/V VENGEANCE; BENNIE FERRANTE; and DOES 1-100, Inclusive, | **ORDER FOR DISMISSAL** |
| Defendants. | |

Based upon the Joint Stipulation for Dismissal between Plaintiffs Edward Nunez and Joseph Nunez and Defendants Benedict A Ferrante and F/V Vengeance,

IT IS HEREBY ORDERED that all claims and demands by Plaintiffs Edward Nunez and Joseph Nunez against Defendants Benedict A. Ferrante and F/V Vengeance are dismissed with prejudice, and that, as between such parties, each shall bear his own costs, fees, disbursements, and attorney's fees. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: ~~January 31, 2012~~
January 30, 2012

By: *Lucy H. Koh*
United States District Judge